UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TWENTY SIX THOUSAND SIX HUNDRED
FORTY NINE DOLLARS ($26,649.00) IN
U.S. CURRENCY,

      Defendant *in rem*,
_____/

Civil No. 10-14889
Honorable: George Caram Steeh
Magistrate Judge: Mona Majzoub

## **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture Against All Interested Parties as to the Twenty Six Thousand Six Hundred Forty Nine Dollars ($26,649) in U.S. Currency ("defendant currency"), and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture Against All Interested Parties as to the defendant currency is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant currency is hereby **FORFEITED** to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and ownership interest of Jimmie Eugene White, Wanda Warren-White, Sophia Chanel Washington, and Jijuan Eugene White, or their successors and assignees to said interests, in the defendant currency, and any right, title and interest of all other persons, are hereby and forever

**EXTINGUISHED**, and that clear title to the defendant currency is hereby **VESTED** in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshals Service, or its delegate, is hereby AUTHORIZED to dispose of defendant currency in accordance with law.

Dated:  July 6, 2011

                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 6, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---